IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALZA CORPORATION, | No. CV 03-04032 VRW |
| Plaintiff, | **ORDER GRANTING STIPULATION** |
| v. | |
| IMPAX LABORATORIES INC, | |
| Defendant. | |

The SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND SCHEDULING ORDER filed in the above captioned case is **GRANTED.** Pretrial proceedings will be governed by the following amended schedule:

    Pretrial Conference - February 7, 2006 at 9:00 a.m.

    Trial (expected to last 5 trial days) - February 27, 2006 at 9:00 a.m.

**IT IS SO ORDERED**

Dated: September 2, 2005

                                                  VAUGHN R WALKER
                                                  UNITED STATES DISTRICT JUDGE