| | |
|---|---|
| PATTERSON, BELKNAP,<br> WEBB & TYLER LLP<br>  Jeffrey I.D. Lewis (*pro hac vice*)<br>  Richard J. McCormick (*pro hac vice*)<br>  Scott M. Brown (*pro hac vice*)<br>1133 Avenue of the Americas<br>New York, New York  10036<br>Tel:     (212) 336-2000<br>Fax:    (212) 336-2222 | GOODWIN PROCTER LLP<br>  David M. Hashmall (*pro hac vice*)<br>  Frederick H. Rein (*pro hac vice*)<br>  Mark I. Koffsky (*pro hac vice*)<br>599 Lexington Avenue<br>New York, New York  10022<br>Tel:     (212) 813-8800<br>Fax:    (212) 355-3333 |
| QUINN EMANUEL URQUHART<br> OLIVER & HEDGES, LLP<br>  David Eiseman (Bar No. 114758)<br>50 California Street, 22nd Floor<br>San Francisco, California  94111<br>Tel:     (415) 875-6600<br>Fax:    (415) 875-6700 | SHEPPARD, MULLIN, RICHTER &<br> HAMPTON LLP<br>  Neil A. Smith (Bar No. 63777)<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California  94111<br>Tel:     (415) 434-9100<br>Fax:    (415) 434-3947 |
| Attorneys for Plaintiff<br>ALZA Corporation | Attorneys for Defendant<br>IMPAX Laboratories, Inc. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ALZA CORPORATION,<br><br>                        Plaintiff,<br><br>        v.<br><br>IMPAX LABORATORIES, INC.,<br><br>                        Defendant. | ) ) ) ) ) ) ) ) ) ) ) | CASE NO.  C 03-4032 VRW<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND SCHEDULING ORDER**<br><br>Judge:    The Honorable Vaughn R. Walker |

Plaintiff Alza Corporation ("Alza") and Defendant IMPAX Laboratories, Inc. ("IMPAX") respectfully jointly submit this SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND SCHEDULING ORDER and request the Court adopt it in this case.

## INTRODUCTION

On September 2, 2005, the Court set the trial in this action to begin on February 27, 2006, and set a pretrial conference for February 7, 2006. After further discussion, the Parties have agreed upon dates for pretrial submissions and exchanges of exhibits and other required information. Accordingly, Alza and IMPAX respectfully submit the following Stipulation.

## STIPULATION

1. Pretrial proceedings will be governed by the following schedule:

| | |
|---|---|
| Parties meet and confer regarding: exhibits and trial material, and objections thereto; Joint Pretrial Conference Statement and Proposed Order; and coordinated submission of trial exhibits and other materials | November 16, 2005 |
| Alza serves its:<br>• list of exhibits to be offered at trial (including one copy of each exhibit) other than for impeachment or rebuttal;<br>• list of live witnesses to be called at trial, other than for impeachment or rebuttal;<br>• statements designating witness testimony by means of deposition (specifying the witness and page line references), from interrogatory answers, and from responses to requests for admission to be offered at trial, other than for impeachment or rebuttal; and<br>• contested facts to be proven at trial. | November 30, 2005 |
| IMPAX serves its:<br>• objections to Alza's list of exhibits to be offered at trial; and<br>• objections and counter-designations to Alza's statements designating witness testimony by means of deposition, from interrogatory answers, and from responses to requests for admission to be offered at trial. | December 7, 2005 |

| | |
|---|---|
| IMPAX serves its:<br>• list of exhibits to be offered at trial (including one copy of each exhibit), other than for impeachment or rebuttal;<br>• list of live witnesses to be called at trial, other than for impeachment or rebuttal;<br>• statements designating witness testimony by means of deposition (specifying the witness and page line references), from interrogatory answers, and from responses to requests for admission to be offered at trial, other than for impeachment or rebuttal; and<br>• contested facts to be proven at trial. | December 7, 2005 |
| Alza serves its:<br>• objections to IMPAX's list of exhibits to be offered at trial; and<br>• objections and counter-designations to IMPAX's statements designating witness testimony by means of deposition, from interrogatory answers, and from responses to requests for admission to be offered at trial. | December 14, 2005 |
| Parties jointly file Joint Pretrial Conference Statement, including pretrial disclosures | December 21, 2005 |
| Alza files and serves its pre-trial brief | January 9, 2006 |
| IMPAX files and serves its pre-trial brief | January 20, 2006 |
| Parties file and serve briefs on all significant disputed issues of law including motions *in limine* | January 27, 2006 |
| Parties file and serve responses to disputed issues of law and motions *in limine*. | ~~February 3, 2006~~ January 31, 2006 |
| Parties serve all schedules, summaries, diagrams, and charts to be used at trial other than for impeachment or rebuttal. | February 3, 2006 |

2.   The parties agree that if a fact witness is identified who was not deposed in this case, then that witness will be made available for deposition prior to the filing of the Joint Pretrial Conference Statement.

Dated: September 14, 2005              PATTERSON, BELKNAP,
                                        WEBB & TYLER LLP

                                       QUINN EMANUEL URQUHART
                                        OLIVER & HEDGES, LLP


                                       By: _____/s/_____
                                            David Eiseman
                                       Attorneys for Plaintiff
                                       ALZA Corporation

- 3 -

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND SCHEDULING ORDER
Case No. C 03-4032 VRW

| | |
|---|---|
| Dated: September 14, 2005 | GOODWIN PROCTER LLP |
| | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | By: _____/s/_____ |
| | Neil A. Smith |
| | Attorneys for Defendant |
| | IMPAX Laboratories, Inc. |

- 4 -

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND SCHEDULING ORDER
Case No. C 03-4032 VRW

1 **<u>ORDER</u>**

2    Pursuant to stipulation, IT IS SO ORDERED.

4 Dated:



_____
Judge Vaughn R Walker
United States District Judge

- 5 -

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND SCHEDULING ORDER
Case No. C 03-4032 VRW